The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. ERIC MARQUEZ,<br>2. HECTOR HUGO GARCIA GUTIERREZ,<br>3. BALTAZAR REYES GARCIA,<br>4. HECTOR CONTRERAS IBARRA,<br>5. PABLO CATANO,<br>6. OSCAR LUNA MERCADO,<br>7. MIGUEL VALDOVINOS CISNEROS,<br>    a.k.a. "Miguelito,"<br>8. IVAN BETANZOS TORRES,<br>9. ANGEL SERRANO CARRENO,<br>10. LEOPOLDO SAVALZA VELA, a.k.a. "Polo,"<br>11. LUIS QUINONES CEJA, a.k.a. "Cookie,"<br>12. DANIEL RAMOS DOMINGUEZ,<br>13. EDGAR GONZALEZ,<br>14. LILLIANA VELIZ,<br>15. RIGOBERTO CASTELLANO HERERRA,<br>    a.k.a. "Rigo,"<br>16. ANTONIO GOMEZ, a.k.a. "Tonio,"<br>17. BERNADINO PEREZ MENDEZ,<br><br>Defendants. | NO. CR 16-287 JLR<br><br>[PROPOSED] ORDER |

U.S. v. Marquez, et al. / CR16-287JLR
Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THE COURT, having considered the United States' motion regarding the computation of the time available for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, any responses, filings, or memoranda related thereto, and all the files and records herein, the Court finds as follows:

1. The facts and circumstances are as set forth in the Court's prior Order dated December 13, 2016 (Dkt. #194), which is incorporated herein;

2. The trial continuance ordered in this matter is a reasonable period of delay, and the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B);

3. The defendants in this matter, to include BALTAZAR REYES GARCIA, LILLIANA VELIZ, and RIGOBERTO CASTELLANO HERRERA, are joined for trial with codefendants as to whom the time for trial has not run and no motion for severance has been granted, all within the meaning of 18 U.S.C. § 3161(h)(6);

4. Notwithstanding the absence of signed waivers, for the purpose of computing the time limitations imposed by the Speedy Trial Act, that the period of delay from the date of the filing of the initial joint motion (Dkt. #161) until the current trial date is excludable pursuant to 18 U.S.C. § 3161(h)(7), with respect to all defendants in this matter.

As set forth in a prior Order (Dkt. #194), trial in this matter is set for Monday, September 25, 2017, and pre-trial motions are due no later than July 17, 2017.

This Order does not preclude any party from pursuing a severance motion at a later date.

DONE this 17th day of January, 2017.

HON. JAMES L. ROBART
United States District Judge

U.S. v. Marquez, et al. / CR16-287JLR
Order - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:
2  
   *s/ Steven T. Masada*
3  STEVEN T. MASADA
   S. KATE VAUGHAN
4  Assistant United States Attorneys
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. v. Marquez, *et al.* / CR16-287JLR
Order - 3