UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>HECTOR HUGO GARCIA GUTIERREZ,<br><br>            Defendant. | CASE NO. CR16-0287JLR<br><br>ORDER |

Before the court is Defendant Hector Hugo Garcia Gutierrez's motion to withdraw counsel and appoint new counsel. (Mot. (Dkt. # 405).) Mr. Gutierrez is represented by counsel. (*See* Dkt.) As such, Mr. Gutierrez may not file a *pro se* motion unless he complies with the requirements of Local Civil Rule 83.2(b)(5). *See* Local Rules W.D. Wash. LCrR 1(a) (adopting Local Civil Rule 83.2(b) for criminal proceedings); Local Rules W.D. Wash. LCR 83.2(b)(5) (requiring a represented party that seeks to appear or act *pro se* to "request[] by motion to proceed on his or her own behalf, certif[y] in the

ORDER - 1

1  motion that he or she has provided copies of the motion to his or her current counsel and
2  to the opposing party, and [receive from the court] an order of substitution by the court
3  terminating the party's attorney"); see also *United States v. Halbert*, 640 F.2d 1000, 1009
4  (9th Cir. 1981) ("A criminal defendant does not have an absolute right to both
5  self-representation and the assistance of counsel. . . . Whether to allow hybrid
6  representation remains within the sound discretion of the trial judge."); *United States v.*
7  *Durden*, 673 F. Supp. 308, 309 (N.D. Ind. 1987) (citing *Halbert*, 640 F.2d at 1009)
8  (exercising the discretion to decline to consider a represented criminal defendant's *pro se*
9  motion). The court directs Mr. Gutierrez to contact his counsel to discuss his current
10 situation and the relief he requests.
11     Because Mr. Gutierrez improperly filed his motion *pro se*, the court STRIKES the
12 motion to withdraw counsel (Dkt. # 405) from the docket.
13     Dated this 14th day of July, 2017.

JAMES L. ROBART
United States District Judge