The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-0287JLR |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| 2. HECTOR HUGO GARCIA GUTIERREZ,<br>3. BALTAZAR REYES GARCIA,<br>4. HECTOR CONTRERAS IBARRA,<br>9. ANGEL SERRANO CARRENO,<br>11. LUIS QUINONES CEJA, a.k.a. "Cookie,"<br>16. ANTONIO GOMEZ, a.k.a. "Tonio," | |
| Defendants. | |

THE COURT, having considered the schedule for the remaining defendants set for trial in this case, and the computation of the time available for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, finds as follows:

1. The facts and circumstances are as set forth in the Court's prior Orders dated December 13, 2016 (Dkt. #194), January 17, 2017 (Dkt. #236), and July 18, 2017 (Dkt. #443), which are incorporated herein.

2. Defendants Gutierrez (#2), Garcia (#3), Ibarra (#4), Carreno (#9), and Gomez (#16), were arraigned on the original indictment in November and December,

*U.S. v. Marquez, et al.* / CR16-287JLR
Scheduling Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2016. Upon a Joint Motion to Continue Trial and Deadline to File Pretrial Motions, the Court set a trial date of September 25, 2017 and made findings excluding time under the Speedy Trial Act from December 13, 2016 through the new trial date of September 25, 2017. (Dkt #194) At that time, a maximum of 40 days had elapsed under the Speedy Trial Act from the November 3, 2016 initial appearance by the first defendant, not taking into account additional excludable time for pending motions and later initial appearances by some defendants. That means that the current Speedy Trial deadline for those defendants is no earlier than 30 days from September 25, 2017 (October 25, 2017).

    3.    Defendant Luis Quinones Ceja (#11) did not make his initial appearance until July 7, 2017 (Dkt. #389). At that time, pursuant to Local Criminal Rule 10, the magistrate judge presiding over the arraignment set a trial date of September 11, 2017, a date within the presumptive Speedy Trial limit of 70 days. On July 17, 2017, Defendant Ceja filed a motion to continue the trial date based on the need for effective preparation. (Dkt. #435). On July 18, 2017, the Court granted the motion for a continuance and set a new trial date of September 28, 2017. The Court also made findings excluding the time from July 17, 2017 to September 28, 2017 from the requirements of the Speedy Trial Act. (Dkt. #443).

    4.    Defendant Ceja and the remaining defendants listed above are charged together in the same Second Superseding Indictment. Trying the defendants together is appropriate and efficient. The Court therefore ORDERS that the trial for Defendants Gutierrez (#2), Garcia (#3), Ibarra (#4), Carreno (#9), and Gomez (#16) is continued from September 25, 2017 to September 28, 2017 so that they may be tried together with Defendant Ceja (#11). The Court notes that the September 28, 2017 trial date is within the Speedy Trial requirements of all defendants even independent of the operation of 18 U.S.C. § 31619(h)(6), which provides for exclusion of "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted."

*U.S. v. Marquez*, et al. / CR16-287JLR  
Scheduling Order - 2

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

5.   This Order does not prejudice the Court's consideration of the pending motion to sever Defendant Antonio Gomez (#16) from trial with the other defendants (Dkt. #442).

IT IS SO ORDERED.

DONE this 21st day of July, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ S. Kate Vaughan*
STEVEN T. MASADA
S. KATE VAUGHAN
Assistant United States Attorneys

*U.S. v. Marquez, et al.* / CR16-287JLR
Scheduling Order - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970