Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-287JLR |
|---|---|
| Plaintiff | [~~Proposed~~] ORDER GRANTING LEAVE TO FILE OVER-LENGTH BRIEF IN RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS WIRETAP EVIDENCE AND FRUITS (Dkt #434) |
| v. | |
| HECTOR HUGO GARCIA GUTIERREZ, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order: (Dkt. #465)

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for United States to file its Response to Defendant Hector Contreras Ibarra's Motions to Exclude Evidence (Dkt. Nos. 434) in excess of 12 pages, but no more than ~~25~~ 13 pages. (See Dkt. #465 (requesting an additional page of briefing).)

DATED this 24th day of July, 2017.

JAMES L. ROBART
United States District Judge

Order for Leave to File Over-Length Brief
*United States v. Garcia Gutierrez*
CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970