Case 2:16-cr-00287-JLR   Document 468-1   Filed 07/24/17   Page 1 of 2

Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HECTOR HUGO GARCIA GUTIERREZ,<br><br>Defendant. | NO. CR16-287JLR<br><br>[~~PROPOSED~~] ORDER TO SEAL   *JLR* |

Having read the Government's Motion to Seal and because of the sensitive information contained within the United States' Exhibit 1 to the Response to Defendant's Motion to Suppress Wiretap Evidence and Fruits;

//
//
//

Order to Seal
*U.S. v. Garcia Gutierrez*, CR16-287JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that the United States' Exhibit 1 to the Response to Defendant's Motion to Suppress Wiretap Evidence and Fruits shall remain sealed.

DATED this 4th day of August, 2017.

JAMES L. ROBART
United States District Judge

Presented by:

*S/ Steven T. Masada*
STEVEN T. MASADA
S. KATE VAUGHAN
Assistant United States Attorneys

Order to Seal
U.S. v. Garcia Gutierrez, CR16-287JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970