The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HECTOR HUGO GARCIA GUTIERREZ, Defendant. | NO. CR16-287JLR [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE A SURREPLY RE: WIRETAP SUPPRESSION |

The Court, having considered the government's Motion for Leave to File a Surreply re: Wiretap Suppression (Dkt. # 484), as well as Defendant Garcia Gutierrez's Motion to Suppress Wiretap Evidence and Fruits (dkt. no. 434), Government's Response to Defendant's Motion to Suppress Wiretap Evidence and Fruits (dkt. no. 466), and Defendant Garcia Gutierrez's Reply to Government Response Re: Wiretap Suppression (dkt. no. 476), hereby GRANTS the Motion for Leave to File a Surreply re: Wiretap Suppression.

According, it is hereby ORDERED that the government may file its Surreply Re: Wiretap Suppression.

Done this 10th day of August, 2017.

HON. JAMES L. ROBART
United States District Judge

Presented by:
/s/ S. Kate Vaughan
S. KATE VAUGHAN
STEVEN T. MASADA

[~~Proposed~~] Order Granting Motion for Surreply - Page 1
*United States v. Garcia Gutierrez, et al.*/CR16-287JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970