1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| UNITED STATES OF AMERICA, | CASE NO. CR16-0287JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HECTOR HUGO GARCIA GUTIERREZ, | |
| Defendant. | |

15

16    Before the court is Defendant Hector Hugo-Garcia's motion to appoint counsel.

17  (Mot. (Dkt. # 973).[1])  Mr. Hugo-Garcia seeks counsel to help him determine whether he

18  is eligible to apply for a reduction in sentence pursuant to Amendment 821 to the United

19  States Sentencing Guidelines.  (*See id.* at 1.)  The court DENIES the motion.

20

21

22    _____

    [1] Although Defendant is named in the docket as "Hector Hugo Garcia Gutierrez," he refers to himself as "Hector Hugo-Garcia."  (*Compare* Dkt., *with* Mot. at 1, 2.)  The court will refer to Defendant in this order as "Mr. Hugo-Garcia" to reflect his preference.

1    The Ninth Circuit has held that federal prisoners do not have a Sixth Amendment

2 right to counsel in post-conviction proceedings. *See Pavulak v. Blanckensee*, 14 F.4th

3 895, 897 (9th Cir. 2021) (no right to counsel when bringing habeas motion); *United*

4 *States v. Townsend*, 98 F.3d 510, 511-13 (9th Cir. 1996) (no right to counsel when

5 bringing motion under 18 U.S.C. § 3582(c)). Thus, "the decision whether to appoint

6 counsel rests in the discretion of the district court." *Townsend*, 98 F.3d at 513 (quoting

7 *United States v. Whitebird*, 55 F.3d 1007, 1011 (5th Cir. 1995)). Generally, district

8 courts only appoint counsel in "exceptional circumstances." *Agyeman v. Corr. Corp. of*

9 *Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). To find exceptional circumstances, the court

10 must evaluate "the likelihood of the plaintiff's success on the merits" and "the plaintiff's

11 ability to articulate his claims 'in light of the complexity of the legal issues involved.'"

12 *Id.* (quoting *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986)). Having

13 reviewed the record in this case, the court does not find exceptional circumstances

14 warranting the appointment of counsel. Therefore, the court DENIES Mr. Hugo-Garcia's

15 motion to appoint counsel (Dkt. # 973).

16    Dated this 22nd day of April, 2024.

17

18    _____

19    JAMES L. ROBART
      United States District Judge

20

21

22